## Commonwealth *v.* Wescott, Appellant.

Argued November 12, 1969. *Gordon R. Miller,* with him *John V. Pepicelli* and *Vincent J. Pepicelli,* for ap-

pellant; *David P. Truax,* Assistant District Attorney, with him *Paul D. Shafer, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.